[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 2, 2003
THOMAS K. KAHN
CLERK

_____

No. 02-12185

_____

D. C. Docket No. 00-07629-CV-KMM

DONALD R. BUSE,

Plaintiff-Appellant,

versus

ROBERT J. KUECHENBERG,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

**(July 2, 2003)**

Before CARNES, MARCUS and SUHRHEINRICH*, Circuit Judges.

BY THE COURT:

The parties' "Joint Motion to Dismiss," which is construed as a joint motion

to dismiss this appeal with prejudice, due to settlement, with the parties to bear

_____

*Honorable Richard F. Suhrheinrich, United States Circuit Judge for the Sixth Circuit,
sitting by designation.

their own costs and attorney's fees, is GRANTED.

The Clerk is directed to notify the Florida Supreme Court of the dismissal of this appeal.

This Court's prior opinion in the case, 325 F.3d 1249 (11th Cir. 2003), is VACATED.